

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-13-00247-CV
_____

KEN TAGGART D/B/A/ MCDONALDS, APPELLANT

V.

W.A. ATCHLEY, APPELLEE

On Appeal from County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2011-566,579; Honorable Judy Parker, Presiding

September 12, 2013

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before this Court is a motion for voluntary dismissal filed by Appellant, Ken Taggart d/b/a McDonalds, in which he represents that the parties have fully compromised and settled all issues in dispute thereby rendering this appeal moot. Without passing on the merits of the case, the motion is granted and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Having dismissed the appeal at Taggart's

request, no motion for rehearing will be entertained and our mandate will issue forthwith.

                    Patrick A. Pirtle
                    Justice